IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLANIYAN ADEFUMI,<br>    **Plaintiff,** | :<br>:<br>: |
| v. | :     **CIVIL ACTION NO. 18-CV-5341** |
| REBECCA PROSPER,<br>    **Defendant.** | :<br>:<br>: |

## ORDER

AND NOW, this 19th day of December, 2018, upon consideration of Plaintiff Olaniyan Adefumi's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.